UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| FINBAR McGARRY, | : |
|     Plaintiff | : |
| | : |
| v. | :   File No. 1:09-CV-128 |
| | : |
| ANDREW PALLITO, GREG HALE, | : |
| RICHARD GALLOW, JOE WOLSKE, | : |
| JOHN CANNON, CO FORCIER, | : |
| SHERYLYN MATTHANS, JEFF COBB, | : |
| PAUL CROSS, SAMUEL SANTON, | : |
| MICHAEL LIFF, VARIOUS TURNKEYS, | : |
| EVELYN CUSHING, VARIOUS | : |
| LAWYERS, WILLIAM SORRELL, | : |
| STATE OF VERMONT, | : |
|     Defendants | : |

## ORDER

The Magistrate Judge's Report and Recommendation was filed November 19, 2009. (Doc. 26.) After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Defendants' motion to dismiss (Doc. 15) is GRANTED. Plaintiff's motions for preliminary injunctions (Docs. 3, 4) are DENIED as moot. This case is DISMISSED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 23rd day of February, 2010.

                                                              /s/ J. Garvan Murtha
                                                              Honorable J. Garvan Murtha
                                                              Senior United States District Judge