UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| FINBAR McGARRY, | : |
|     Plaintiff, | : |
| | : |
| v. | :    File No. 1:09-cv-128 |
| | : |
| ANDREW PALLITO, GREG HALE, | : |
| RICHARD BYRNES, RICHARD GALLOW, | : |
| JOE WOLSKE, JOHN CANNON, | : |
| CO FORCIER, SHERYLYN MATTHANS, | : |
| JEFF COBB, PAUL CROSS, | : |
| SAMUEL SANTOS, MICHAEL LIFF, | : |
| VARIOUS TURNKEYS, | : |
| EVELYN CUSHING, VARIOUS | : |
| LAWYERS, WILLIAM SORRELL, | : |
| STATE OF VERMONT, | : |
|     Defendants. | : |

## ORDER

The Magistrate Judge's Report and Recommendation was filed September 19, 2012. (Doc. 48.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Non-party Isaac Faham's Petition to Intervene (Doc. 43) is DENIED without prejudice.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 26th day of October, 2012.

                                            /s/ J. Garvan Murtha
                                            Honorable J. Garvan Murtha
                                            United States District Judge