UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

FINBAR MCGARRY            )
                         )
    v.                   )            Case No.: 1:09-cv-00128
                         )
ANDREW PALLITO, et. al.  )

## EVALUATOR'S REPORT

1.  The session began at 10:00 a.m. on December 20, 2013.  It concluded within two hours.

2.  The following people attended:

   •   Attorney for Plaintiff: David Sleigh, Esq.
   •   Plaintiff: Finbar McGarry
   •   Attorney for Defendant: Danforth Cardozo, III, Esq., Mark J. Patane, Esq.
   •   Representative for Defendant: Michael Touchette

3.  The evaluation statements were received timely.

4.  The parties made oral presentations of their positions.

5.  Settlement was reached.

January 16, 2014.

                         /s/ Thomas E. McCormick
                         Thomas E. McCormick
                         40 George St
                         Burlington, VT 0541
                         tem@mc-fitz.com