UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

FINBAR MCGARRY            )
                                    )
        v.                        )               Case No.: 1:09-cv-00128
                                    )
ANDREW PALLITO, et. al.  )

## CERTIFICATE OF SERVICE

I certify that on this 16th day of January, 2014, I electronically filed with the Clerk of the

Court the following document:

*Evaluator's Report*

using the CM/ECF system.  The CM/ECF system will provide service of the filing via Notice of

Electronic Filing (NEF) to the following NEF parties:

Danforth Cardozo, III, Esq dcardozo@atg.state.vt.us;

David C. Sleigh, Esq julie@sleighlaw.com, erin@sleighlaw.com;

Mark J. Patane mpatane@atg.state.vt.us.

Dated at Burlington, Vermont, this 16th day of January, 2014.

McCORMICK, FITZPATRICK,
    KASPER & BURCHARD, P.C.

/s/ *Thomas E. McCormick*
Thomas E. McCormick, Esq.
40 George Street/P.O. Box 638
Burlington, VT 05402-0638
(802) 863-3494
tem@mc-fitz.com